UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD G. SPROLING,<br><br>    Plaintiff,<br><br> v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. EDCV 16-00099-JEM<br><br>**JUDGMENT** |

  In accordance with the Memorandum Opinion and Order Affirming Decision of the Commissioner of Social Security filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is dismissed with prejudice.

DATED: August 21, 2017            */s/ John E. McDermott*
                        JOHN E. MCDERMOTT
                  UNITED STATES MAGISTRATE JUDGE